/

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FEDERAL CARTRIDGE, Civil 00-1569 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

CYRUS, INC.,

Defendant.

Karen D. McDaniel, ALTERA LAW GROUP, 10749 Bren Road East, Opus 2, Minneapolis, MN 55343, for plaintiff.

David M. Lawson, LAWSON LAW OFFICE, 3433 Broadway Street NE, Suite 425, Minneapolis, MN 55413; and Lawrence M. Nawrocki, NAWROCKI, ROONEY & SIVERTSON, 3433 Broadway Street NE, Suite 401, Minneapolis, MN 55413, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED Jan 22, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK