**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

FEDERAL CARTRIDGE CORPORATION,

Plaintiff,

v.

CYRUS, INC.,

Defendant.

Civil No. 00-1569 (JRT/FLN)

**ORDER**

---

Karen D. McDaniel, ALTERA LAW GROUP, 10749 Bren Road E Opus 2, Minneapolis, MN 55343, for plaintiff.

Lawrence M. Nawrocki, NAWROCKI ROONEY & SIVERTSON, 3433 Broadway Street NE, Ste 401, Minneapolis, MN 55413, and David M. Lawson, LAWSON LAW OFFICE, 3433 Broadway Street NE, Ste 425, Minneapolis, MN 55413, for defendant.

The Court having been advised that the above action has been settled, but the parties have yet to stipulate to an agreement, therefore, **IT IS HEREBY ORDERED** that the Court shall retain jurisdiction for an additional forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 8, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED MAR 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK